## JENKINS & CLAYMAN

Diannajean S. Giganti, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorneys for the Debtor

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Charles and Dorothy Holmes<br>Debtor | CHAPTER 13 CASE NO. 07-11394 MBK<br><br>ATTORNEY'S CERTIFICATION IN SUPPORT OF MOTION |

I, Diannajean S. Giganti, by way of Certification hereby state:

1. I am an attorney at law licensed to practice before this court and am authorized to make this certification.

2. On March 19, 2007, the IRS filed an amended proof of claim. See amended proof of claim attached hereto as Exhibit "A". The proof of claim asserts, among other things, that the debtors owe the sum of $767.00 as a priority claim. The purpose of this motion is to request that the priority portion of the IRS proof of claim be expunged as the debtors have satisfied this obligation to the IRS. Attached hereto as Exhibit "B" is a copy of the payment made to the IRS.

3. In light of the above, it is respectfully requested that the IRS amend its proof of claim to expunge the priority portion of same to reflect a zero priority debt.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   5/30/07                                             /s/ Diannajean S.Giganti
                                                                            Diannajean S. Giganti, Esquire